# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2191
_____

WILLIAM F. EDENFIELD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


November 27, 2024


PER CURIAM.

DENIED. *See Jordan v. State*, 549 So. 2d 805 (Fla. 1st DCA 1989) (holding that access to a prison law library is not "necessary to prepare and transmit a simple notice of appeal" and lack of that access did not demonstrate "a right to [a] belated appeal").

LEWIS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William F. Edenfield, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.